# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 22-3062      1a. Criminal Action Number: 1:21-cr-00034-CRC-
2. Case Name: United States v. Thomas Robertson
3. Appellant's Name: Thomas Robertson
    3a. Appellant's Defendant No.: _____    3b. Appellant's Fed. Reg/PDID No. 31566-509
4. Date of conviction 04/11/2022    4a. Date of sentence 08/17/2022
5. Name of District Court Judge Honorable Christopher R. Cooper
6. Date of Notice of Appeal Filed: 08/22/2022
7. Offense(s) of conviction: Obstruction of an official proceeding, Civil Disorder, Entering Restricted Bldg
8. Did appellant plead guilty?                                  ○ Yes  ● No
9. What sentence was imposed? 87 months
10. How much of the sentence has appellant served? approximately 14 months
11. Is appellant challenging the conviction?                    ● Yes  ○ No
12. Is appellant challenging the sentence?                      ● Yes  ○ No
13. Has appellant filed a post-conviction motion?               ● Yes  ○ No      denied 7/5/22
    If yes, what motion, date filed, and disposition: Motion for Judgment of Acquittal filed 4/25/22
14. Is appellant incarcerated?                                  ● Yes  ○ No
    If yes, where: FCI Allenwood Low
    If no, address: _____   Phone ( ___ ) ___-____
15. Has appellant moved for release pending appeal in District Court?   ○ Yes  ● No
    If yes, date filed _____   Disposition: _____
    If no, does defendant intend to file such a motion in the District Court?  ○ Yes  ● No
16. Will appellant file a motion for release pending appeal in court of appeals?  ○ Yes  ● No
17. Did appellant have court-appointed counsel in District Court?  ○ Yes  ● No
18. Does counsel appointed in District Court wish to continue on appeal?  ○ Yes  ● No
19. Did defendant have retained counsel in district court?      ● Yes  ○ No
    If yes, will case proceed on appeal with retained counsel?  ○ Yes  ● No
    If no, will appellant seek appointment of counsel on appeal?  ○ Yes  ● No
    If no, has a motion to proceed in forma pauperis been filed?  ● Yes  ○ No
20. Has counsel ordered transcripts?                            ● Yes  ○ No
21. If yes, from what proceedings: Sentencing hearing
22. If yes, when will transcripts be completed? within 30 days.
23. Did counsel seek expedited preparation of sentencing transcripts?   ○ Yes  ● No

Signature: [signed]                              Date 10/25/22
Name of Party: THOMAS ROBERTSON
Firm Address: 1615 New Hampshire Avenue 4th FL. (North) WASHINGTON DC 20009
Phone (202) 862-4333   Fax ( ___ ) ___-____

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)