# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-3062  September Term, 2023

FILED ON: OCTOBER 20, 2023

UNITED STATES OF AMERICA,
   APPELLEE

v.

THOMAS ROBERTSON,
   APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00034-1)

Before: HENDERSON, PILLARD and PAN, *Circuit Judges*

## **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

              **FOR THE COURT:**
              Mark J. Langer, Clerk

        BY: /s/

              Daniel J. Reidy
              Deputy Clerk

Date: October 20, 2023

Opinion for the court filed by Circuit Judge Pan.
Dissenting opinion filed by Circuit Judge Henderson.