# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3062**                          **September Term, 2023**

1:21-cr-00034-CRC-1

**Filed On:** November 28, 2023

United States of America,

         Appellee

    v.

Thomas Robertson,

         Appellant

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellee file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                     BY:     /s/
                                 Daniel J. Reidy
                                 Deputy Clerk