# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3062**  September Term, 2023

1:21-cr-00034-CRC-1

**Filed On:** February 13, 2024

United States of America,

    Appellee

    v.

Thomas Robertson,

    Appellant

**BEFORE:** Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of appellant's unopposed motion to hold appeal in abeyance, it is

**ORDERED** that the motion be granted, and this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in this case within 30 days of the Supreme Court's disposition of Fischer v. United States, No. 23-5572, 2023 WL 8605748 (cert. granted Dec. 13, 2023).

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

          BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk