No. 22-3062

# In the United States Court of Appeals for the District of Columbia Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*

v.

THOMAS ROBERTSON,
*Defendant-Appellee*

OPPOSITION TO APPELLEE'S MOTION TO REMAND FOR RESENTENCING

\*\*\*\*

Defendant-appellee Thomas Robertson moves to remand the case for resentencing following this Court's decision in *United States v. Brock*, No. 23-3045, 2024 WL 875795 (D.C. Cir. Mar. 1, 2024). The Court should deny the motion. As relevant here, this Court in *Brock* concluded that the sentencing enhancement in U.S.S.G. § 2J1.2(b)(2) for the "substantial interference with the administration of justice" did not apply to the joint session to certify the electoral votes on January 6, 2021, because "the phrase 'administration of justice' does not encompass Congress's role in the electoral certification process." *Id.* at *8. The government has not decided whether to pursue further review in *Brock*, and the mandate has

not yet issued in that case, so remand for resentencing in this case is not appropriate.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                              United States Attorney
                                              District of Columbia

                                          DENISE CHEUNG
                                          CHRISELLEN R. KOLB
                                              Assistant U.S. Attorneys

                                          /S/ JAMES I. PEARCE
                                              Special Assistant U.S. Attorney
                                              601 D Street, NW
                                              Washington, DC 20530
                                              (202) 532-4991
                                              James.Pearce@usdoj.gov

March 19, 2024

# CERTIFICATE OF SERVICE AND COMPLIANCE

In accordance with Fed. R. App. P. 25(d), the undersigned counsel of record certifies that the foregoing Opposition for the United States, which contains 127 words, was this day served upon counsel for appellees, by notice of electronic filing with the District of Columbia Circuit CM/ECF system.

DATED: MARCH 19, 2024

/s/ James I. Pearce
JAMES I. PEARCE
Special Assistant U.S. Attorney,
601 D Street, NW
Washington, DC 20530
(202) 532-4991
James.Pearce@usdoj.gov