# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-3062**                                **September Term, 2023**

**1:21-cr-00034-CRC-1**

**Filed On:** March 25, 2024

United States of America,

       Appellee

    v.

Thomas Robertson,

       Appellant

      **BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of appellant's corrected motion to remand for resentencing, appellee's lodged opposition thereto, and the reply; and appellee's unopposed motion for leave to late-file its opposition to appellant's motion to remand, it is

**ORDERED** that the appellee's unopposed motion for leave to late-file its opposition to appellant's motion to remand be granted. The Clerk is directed to file the lodged opposition. It is

**FURTHER ORDERED** that appellant's motion to remand for resentencing be denied without prejudice.

                                    **Per Curiam**

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                      BY:    /s/
                                   Daniel J. Reidy
                                   Deputy Clerk