United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-3062                                        September Term, 2023

1:21-cr-00034-CRC-1

**Filed On:** May 28, 2024

United States of America,

       Appellee

       v.

Thomas Robertson,

       Appellant

**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc filed November 22, 2023, and the response thereto, and the issuance today of an amended opinion and amended judgment, it is

**ORDERED** that the petition for rehearing en banc be dismissed as moot.

### Per Curiam

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

             BY:      /s/
                                           Daniel J. Reidy
                                           Deputy Clerk