# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 22-3062            September Term, 2023

FILED ON: MAY 28, 2024

UNITED STATES OF AMERICA,
             APPELLEE

v.

THOMAS ROBERTSON,
             APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00034-1)

---

Before: HENDERSON, PILLARD, and PAN, *Circuit Judges*

## **AMENDED JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Robertson's conviction be affirmed; his sentence be vacated; and the case be remanded for the district court to resentence Robertson under *United States v. Brock*, 94 F.4th 39 (D.C. Cir. 2024), in accordance with the amended opinion of the court filed herein this date. It is

**FURTHER ORDERED** that on remand the district court may consider in the first instance any effect of the Supreme Court's forthcoming decision in *Fischer v. United States*, No. 23-5572 (U.S.), on appellant's conviction under 18 U.S.C. § 1512(c)(2).

### **Per Curiam**

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                     BY:    /s/

                                         Daniel J. Reidy
                                         Deputy Clerk

Date: May 28, 2024

Opinion for the court filed by Circuit Judge Pan.
Dissenting opinion filed by Circuit Judge Henderson.