# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 22-3062**            **September Term, 2023**

1:21-cr-00034-CRC-1

Filed On: May 28, 2024 [2056445]

United States of America,

    Appellee

v.

Thomas Robertson,

    Appellant

## M A N D A T E

In accordance with the judgment of May 28, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk

Link to the amended judgment filed May 28, 2024