**Timothy Cone, Esq.**
1615 New Hampshire Avenue, NW
4th floor (North)
Washington, DC 20009
Phone: (202) 548-7722
Direct: (202) 862-4333
Email: timcone@comcast.net

March 2, 2023

Ms. Amanda Himes
Clerk's Office
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW Rm 5205
Washington DC 20001

Re: United States v. Thomas Robertson, Appeal No. 22-3062

Dear Ms. Himes,

With apologies for this belated compliance with Section IX A 1 of the Court's *Handbook of Practice and Internal Procedures*, undersigned counsel hereby notifies the Court that he will be unavailable for oral argument in this case on the following dates: March 14-24, 2023; April 7-28, 2023.

Yours truly,

