# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-3062**  **September Term, 2022**

**1:21-cr-00034-CRC-1**

**Filed On: April 12, 2023**

United States of America,

    Appellee

    v.

Thomas Robertson,

    Appellant

    **BEFORE:**   Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the joint motion for leave to file supplemental briefs addressing *United States v. Fischer*, No. 22-3038, slip op. (D.C. Cir. Apr 7, 2023), it is

**ORDERED** that the motion be granted. The parties are directed to address *Fischer's* precedential effect, if any, on the interpretation of "corruptly" in 18 U.S.C. § 1512(c)(2). The supplemental briefs may not exceed 2,600 words and are due by 4:00 p.m. on the date due. The following supplemental briefing schedule will apply:

| | |
|---|---|
| Supplemental Brief for Appellee | April 18, 2023 |
| Supplemental Brief for Appellant | May 4, 2023 |

In addition to electronic filing, paper copies of the submissions are to be hand-delivered to the court by the time and date due.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

                BY:   /s/
                        Michael C. McGrail
                        Deputy Clerk