

U.S. Department of Justice

Criminal Division

*Appellate Section*                                               *Washington, D.C. 20530*

May 12, 2023

Mark J. Langer
Clerk, U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue NW
Washington, DC 20001

      Re:   *United States v. Thomas Robertson*, No. 22-3062
             (Argued May 11, 2023)

Dear Mr. Langer:

      Pursuant to Federal Rule of Appellate Procedure 28(j), the government addresses a question posed by the Court during oral argument concerning whether an objection in district court on legal grounds different than those pursued on appeal is sufficient to preserve that objection for appeal. To preserve error, a defendant must timely state "the specific ground for [the] objection" and do so "with sufficient precision to indicate distinctly [his] thesis." *Al Bahlul v. United States*, 767 F.3d 1, 9 (D.C. Cir. 2014) (en banc) (citations omitted). An objection on other grounds fails to preserve a challenge on those other grounds for appeal. *See id.* at 10 (holding claim forfeited where defendant's contemporaneous objection to military commission was "couched entirely in political and religious terms" instead of the later raised statutory and ex post facto grounds). Three reasons undergird this approach: it (1) permit[s] the district court judge to "address a party's claim in the first instance"; (2) "afford[s] the appellate court the benefit of the trial judge's views on matters that may come before it on appeal"; and (3) "prevent[s] one party from sandbagging another by raising new claims on appeal." *In re Sealed Case*, 552 F.3d 841, 852 (D.C. Cir. 2009) (Edwards, J., concurring). This Court has applied that rule in the sentencing context. *See United States v. Long*, 997 F.3d 342, 352-53 (D.C. Cir. 2021) (applying plain-error review to defendant's compassionate-release claim where the defendant sought relief "on the basis of an argument . . . that he did not raise before the district court").

                                           Respectfully,

                                           /s/ James I. Pearce
                                           James I. Pearce
                                           Special Assistant U.S. Attorney

U.S. Attorney's Office for the District of Columbia  
601 D Street, NW  
Washington, DC 20530  
(202) 532-4991  
James.Pearce@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on May 12, 2023. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ James I. Pearce  
James I. Pearce